IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

CHARLES COLE, THOMAS             )
GARRETT and SUSAN GARRETT,       )
                                 )
    Plaintiffs,                  )
                                 ) CIVIL ACTION FILE NUMBER
v.                               )        4:05-CV-86
                                 )
ERIC LEWIS AND RICK BARNES,      )
                                 )
    Defendants.                  )

## ORDER

1.  Plaintiffs, February 24, 2011, obtained a judgment ("Judgment") against Defendants Eric Lewis and Rick Barnes.

2.  The Judgment was against both Defendants joint and severally.

3.  Defendants did not appeal the Judgment.

4.  The Judgment is more than seven years old.

5.  The Judgment remains unsatisfied as Plaintiffs have collected some but not all of the Judgment.

6.  There is a total of $96,823.61 plus unpaid interest still owed to Plaintiffs on the Judgment.

Accordingly, the Judgment, jointly and severally against Defendants, is renewed in the following amounts:

- $63,782.21 plus unpaid interest in favor of Charles Cole.

- $16,194.09 plus unpaid interest in favor of Thomas Garrett.

- $16,847.31 plus unpaid interest in favor of Susan Garrett.


So Ordered, this _____ day of _____, 2018.

_____
Michael L. Brown
United States District Judge